JUDGE RAKOFF

**08 CV 00536**

LgTom/Jassry Properties, LLC vs. Ran Nizan Rule 7.1 Statement

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASSRY PROPERTIES, LLC,

                    Plaintiff,

   v.

RAN NIZAN,

                    Defendant.

Case No.

**RULE 7.1 STATEMENT**

[RECEIVED JAN 22 2008 U.S.D.C. S.D.N.Y.]

---

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for JASSRY PROPERTIES, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**Date:** January 16, 2008

                                              *[signature]*

                                              **Signature of Attorney**
                                              **Attorney Bar Code:** <u>TFC 9045</u>
                                              The Abramson Law Group, PLLC
                                              570 Lexington Avenue, 23rd Floor
                                              New York, New York 10022
                                              (212) 686-4401