UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JASSRY PROPERTIES LLC,

    Plaintiff(s),

  -against-

RAN NIZAN,

    Defendant(s).
-------------------------------------------------------------X

JUDGE RAKOFF
Index No. 08 CV 00536

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                         S.S.:
COUNTY OF NEW YORK)

    DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, Inc., and is not a party to this action.

    That on the 26th day of February 2008, at approximately the time of 7:45 p.m., deponent attempted to serve a true copy of the **SUMMONS AND COMPLAINT PLAINTIFF DEMANDS JURY TRIAL** upon Ran Nizan at 609 Columbus Avenue, New York, NY 10025. No answer was received when the concierge called the apartment 18-R and the concierge confirmed the address.

    That on the 27th day of February 2008, at approximately the time of 7:03 p.m., deponent again attempted to serve a true copy of the **SUMMONS AND COMPLAINT PLAINTIFF DEMANDS JURY TRIAL** upon Ran Nizan at 609 Columbus Avenue, New York, NY 10025, again no answer was received when the concierge called the apartment 18-R.

    That on the 1st day of March 2008, at approximately the time of 7:24 p.m., deponent again attempted to serve a true copy of the **SUMMONS AND COMPLAINT PLAINTIFF DEMANDS JURY TRIAL** upon Ran Nizan at 609 Columbus Avenue, New York, NY 10025, again no answer was received when the concierge called the apartment 18-R.

    That on the 8th day of March 2008, at approximately the time of 1:19 p.m., deponent again attempted to serve a true copy of the **SUMMONS AND COMPLAINT PLAINTIFF DEMANDS JURY TRIAL** upon Ran Nizan at 609 Columbus Avenue, New York, NY 10025, again no answer was received when the concierge called the apartment 18-R.



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 11th day of March 2008, at approximately the time of 8:25 a.m., deponent again attempted to serve a true copy of the **SUMMONS AND COMPLAINT PLAINTIFF DEMANDS JURY TRIAL** upon Ran Nizan at 609 Columbus Avenue, New York, NY 10025, again no answer was received when the concierge called the apartment 18-R.

That on the 15th day of March 2008, at approximately the time of 12:09 p.m., deponent again attempted to serve a true copy of the **SUMMONS AND COMPLAINT PLAINTIFF DEMANDS JURY TRIAL** upon Ran Nizan at 609 Columbus Avenue, New York, NY 10025, again no answer was received when the concierge called the apartment 18-R.

At that time, therefore, deponent served a true copy of the foregoing papers upon Ran Nizan by firmly affixing same conspicuously on the front door at that address, the actual place of residence.

That on the 17th day of March 2008, deponent served another copy of the foregoing upon Ran Nizan at 609 Columbus Avenue, New York, NY 10025, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.



DARRYL A. GREEN #0866535

Sworn to before me this
19th day of March, 2008

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com