AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 08 CV 00536

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RAN NIZAN, Defendant.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/22/2008 | *[signature]* |
| Date | Signature |
| | Peter M. Spett — PS-1080 |
| | Print Name — Bar Number |
| | 235 West 56th Street, Suite 31M |
| | Address |
| | New York — New York — 10019 |
| | City — State — Zip Code |
| | (917) 715-3823 — (646) 895-7585 |
| | Phone Number — Fax Number |