UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JASSRY PROPERTIES LLC
            Plaintiff,

          -against-

RAN NIZAN

            Defendant.
-----------------------------------------------------------x

          08 CIVIL 00536 (JSR)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Peter M. Spett, Esq., attorney for defendant Ran Nizan__

[x] *Attorney*

    [x] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    PMS-1080

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[x] *Law Firm/Government Agency Association*

    From: __Klein + Hill__

    To: __Law Office of Peter M. Spett__

    [x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

[x] *Address:* Law Office of Peter M. Spett, 235 W56th St., #31M, NY, NY 10019

[x] *Telephone Number:* (917) 715-3823

[x] *Fax Number:* (646) 895-7585

[x] *E-Mail Address:* pspett@spettlaw.com

Dated: June 6, 2008    _/s/ Peter Spett_
                              Peter M. Spett, Esq.