UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| JASSRY PROPERTIES LLC, | 08 Civ. 00536 (JSR) |
| Plaintiff, | ECF Case |
| -against- | |
| RAN NIZAN, | |
| Defendant. | |

-----------------------------------------------------------------

### NOTICE OF MOTION TO DISMISS ACTION FOR LACK OF PERSONAL JURISDICTION, FAILURE TO JOIN AN INDISPENSIBLE PARTY, AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

PLEASE TAKE NOTICE that defendant Ran Nizan, by and through his attorneys, the Law Office of Peter M. Spett, hereby moves to stay discovery in this action pending resolution of his motion to dismiss, and moves to dismiss this action pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, or, in the alternative, moves to dismiss this action pursuant to Rules 12(b)(6), 12(b)(7), and 19 of the Federal Rules of Civil Procedure, for the reasons set forth in the supporting affidavit of Ran Nizan, sworn June 4, 2008, and the supporting memorandum of law filed contemporaneously herewith.

The schedule for service and filing of the parties' papers established pursuant to the Court's consent is as follows: defendant's originating motion papers due June 6, 2008; plaintiff's papers in response to defendant's motion due June 20, 2008; and defendant's reply papers to plaintiff's response due June 27, 2008. The date and time for oral argument set by the Court is

5:00 p.m., Tuesday, July 8, 2008 at Room 14-B, United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
      June 6, 2008

                                            Respectfully submitted,

                                            LAW OFFICE OF PETER M. SPETT

                                            By:  s/ Peter M. Spett
                                                    Peter M. Spett (PMS-1080)
                                                    235 West 56th Street, Ste. 31M
                                                    New York, New York 10019
                                                    Telephone:  (917) 715-3823
                                                    Facsimile:  (646) 895-7585

                                            *Attorneys for Defendant Ran Nizan*