Case 1:08-cv-00536-JSR   Document 11   Filed 06/20/2008   Page 1 of 1

FROM :WEXTRUST CAPITAL        FAX NO. :7576236215        Jun. 20 2008 03:05PM  P1
JUN/20/2008/FRI 13:14    ABRAMSON LAW GROUP        FAX No. 212-686-6515        P. 002/002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JASSRY PROPERTIES LLC,

                Plaintiff,

-against-

RAN NIZAN,

                Defendant.

Index No. '08 Civ. 00536 (JSR)

**CERTIFICATE OF JOSEPH SHERESHEVSKY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT AND IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

COMMONWEALTH OF VIRGINIA )
                            ) ss.:
CITY\COUNTY OF NORFOLK   )

        JOSEPH SHERESHEVSKY certifies:

        I am a manager of plaintiff Jassry Properties LLC ("Jassry"), a Virginia limited liability company, and was the principal representative of Jassry in the negotiations which led to the grant to Jassry by defendant Ran Nizan of a twenty percent interest in Lansdale Apartments, LLC ("Lansdale"), which is the subject of this litigation. These negotiations took place over a period of time in 2001 and were conducted in offices at 158 Madison Avenue, New York, New York, offices which Nizan used frequently during this period for other purposes, as well.

        I make this certification in opposition to defendant's motion to dismiss the Complaint and in support of plaintiff's motion for leave to serve an Amended Complaint.

        I certify under the penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2008

                                                            Joseph Shereshevsky