```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
JASSRY PROPERTIES LLC,               :
                                     :
            Plaintiff,               :   08 CV 00536 (JSR)
                                     :
        -v-                          :   ORDER
                                     :
RAN NIZAN,                           :
                                     :
            Defendant.               :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    For the reasons stated from the bench, <u>see</u> transcripts dated August 6 and August 11, 2008, defendant's motion to dismiss for lack of personal jurisdiction is granted. Clerk to enter judgment.

    SO ORDERED.

                                                    _____
                                                  JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 11, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-12-08